UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHARLES LEE, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:09CV498 JCH |
| ) | |
| AMERICAN FAMILY LIFE ASSURANCE ) | |
| COMPANY OF COLUMBUS, et al., ) | |
| ) | |
| Defendant(s). ) | |

## **ORDER**

This matter is before the Court on Defendant American Family Life Assurance Company of Columbus's ("AFLAC") Motion to Make More Definite and Certain, filed March 30, 2009. (Doc. No. 4). Upon consideration of the parties' submissions,

**IT IS HEREBY ORDERED** that Defendant AFLAC's Motion to Make More Definite and Certain (Doc. No. 4) is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that the parties are granted until **Friday, June 12, 2009**, within which to engage in discovery for the limited purpose of determining whether Plaintiff's purported causes of action are preempted by the Employee Retirement Income Security Act ("ERISA").

Dated this 28th day of April, 2009.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE